IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02273-RPM-BNB

UNITED STATES OF AMERICAN, for the use of VARRA COMPANIES, INC.,
a Colorado Corporation

Plaintiff,

v.

MEZA CONSTRUCTION COMPANY, a Colorado Corporation,
JOHN MEZA, an individual and
HARTFORD FIRE INSURANCE COMPANY,
a Connecticut corporation authorized to do business in the State of Colorado,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulation to Extend Period of Time for parties to Finalize Settlement or for Defendants to File a Responsive Pleading** [docket no. 18, filed December 1, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The defendant has to and including **December 15, 2008**, in which to answer or respond to the plaintiff's Complaint.


DATED: December 1, 2008