IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02273-RPM-BNB

UNITED STATES OF AMERICA, for the use of
VARRA COMPANIES, INC., a Colorado Corporation,

    Plaintiff,

v.

MEZA CONSTRUCTION COMPANY, a Colorado Corporation,
JOHN MEZA, an individual and
HARTFORD FIRE INSURANCE COMPANY,
a Connecticut corporation authorized to do business in the State of Colorado,

    Defendants.
_____

ORDER OF DISMISSAL
_____

    Upon consideration of the Stipulation of Dismissal with Prejudice [20], filed on January 22, 2009, it is

    ORDERED that this civil action is dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

    DATED: January 22nd, 2009

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge